Jake D. Finkel, Esq. (SBN: 293954)
jake@lawfinkel.com
Alexander Perez, Esq. (SBN: 304675)
alex@lawfinkel.com
Sheryl L. Marx, Esq (SBN: 311475)
sheryl@lawfinkel.com
**LAW OFFICES OF JAKE D. FINKEL**
3470 Wilshire Blvd, Suite 830
Los Angeles, CA 90010
Telephone: 213.787.7411
Facsimile:  323.916.0521

Attorneys for Plaintiff,
GEORGE GONZALEZ, on behalf of himself and all others similarly aggrieved employees,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ, on behalf of himself and all others similarly situated;<br><br>                   Plaintiff,<br><br>     v.<br><br>ASHLEY DISTRIBUTION SERVICES, LTD. a company of unknown incorporation, and DOES 1 through 50 inclusive,<br><br>                   Defendants. | Case No.: 5:20-cv-02674-JWH-SP<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned for all purposes to:<br>Hon. John W. Holcomb<br><br>Complaint Filed:  August 14, 2020<br>Removed:             December 30, 2020<br>Trial Date:            None Yet Set |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** PLEASE TAKE NOTICE that the parties have agreed to a complete |
| 3 | and final settlement of the above-entitled action, which includes dismissing the |
| 4 | Class Action claims without prejudice and Plaintiff's individual claims with |
| 5 | prejudice. Accordingly, Plaintiff hereby respectfully requests that all remaining |
| 6 | dates be taken off calendar. |

Dated: December 1, 2021         **LAW OFFICES OF JAKE D. FINKEL**

_____
Jake D. Finkel, Esq.
Alexander Perez, Esq.
Sheryl L. Marx, Esq.
Attorneys for Plaintiff GEORGE
GONZALEZ and on behalf of all employees
similarly situated

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3470 Wilshire Boulevard, Suite 830, Los Angeles, California, 90010.

On December 1, 2021 I served the documents entitled **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

SERVICE LIST:

☒ BY EMAIL:

☒ BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused the documents to be sent to the persons at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LONNIE D. GIAMELA, SBN 228435
E-Mail lgiamela@fisherphillips.com
DEVIN RAUCHWERGER, SBN 274234
E-Mail drauchwerger@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 1, 2021, at Los Angeles, California.

_____
Jasmin Beltran