Jake D. Finkel, Esq. (SBN: 293954)
jake@lawfinkel.com
Alexander Perez, Esq. (SBN: 304675)
alex@lawfinkel.com
Sheryl L. Marx, Esq (SBN: 311475)
sheryl@lawfinkel.com
**LAW OFFICES OF JAKE D. FINKEL**
3470 Wilshire Blvd, Suite 830
Los Angeles, CA 90010
Telephone: 213.787.7411
Facsimile: 323.916.0521

Attorneys for Plaintiff, GEORGE GONZALEZ, an individual,

**FISHER & PHILLIPS LLP**
Lonnie D. Giamela, Esq.
lgiamela@fisherphillips.com
Devin Rauchwerger, Esq.
drauchwerger@fisherphillips.com
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant, ASHLEY DISTRIBUTION SERVICES, LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

| | |
|---|---|
| GEORGE GONZALEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY DISTRIBUTION SERVICES, LTD. a company of unknown incorporation, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02674-JWH-SP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned for all purposes to:<br>Hon. John W. Holcomb<br><br>Complaint Filed: August 14, 2020<br>Removed:           December 30, 2020<br>Trial Date:          None Yet Set |

1 | Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court, the parties, Plaintiff George Gonzalez ("Plaintiff") and Defendant Ashley Distribution Services, LTD. ("Defendant") hereby stipulate to the voluntary dismissal of this entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Parties request this Court enter an order dismissing this action with prejudice.

Dated: January 24, 2022        **LAW OFFICES OF JAKE D. FINKEL**

_____
Jake D. Finkel, Esq.
Alexander Perez, Esq.
Attorneys for Plaintiff GEORGE GONZALEZ and on behalf of all employees similarly situated

Dated: January 24, 2022        **FISHER & PHILLIPS LLP**

_____
Lonnie D. Giamela, Esq.
Devin Rauchwerger, Esq.
Counsel for Defendant ASHLEY DISTRIBUTION SERVICES, LTD.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3470 Wilshire Boulevard, Suite 830, Los Angeles, California, 90010.

On January 25, 2022 I served the documents entitled **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

SERVICE LIST:

☒   BY EMAIL:

☒   BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused the documents to be sent to the persons at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LONNIE D. GIAMELA, SBN 228435
E-Mail lgiamela@fisherphillips.com
DEVIN RAUCHWERGER, SBN 274234
E-Mail drauchwerger@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2022, at Los Angeles, California.

_____
Jasmin Beltran