JS-6

Jake D. Finkel, Esq. (SBN: 293954)
jake@lawfinkel.com
Alexander Perez, Esq. (SBN: 304675)
alex@lawfinkel.com
Sheryl L. Marx, Esq (SBN: 311475)
sheryl@lawfinkel.com

**LAW OFFICES OF JAKE D. FINKEL**
3470 Wilshire Blvd, Suite 830
Los Angeles, CA 90010
Telephone: 213.787.7411
Facsimile:  323.916.0521

Attorneys for Plaintiff,
GEORGE GONZALEZ, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GEORGE GONZALEZ, an individual;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASHLEY DISTRIBUTION SERVICES, LTD. a company of unknown incorporation, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No.: 5:20-cv-02674-JWH-SPx<br><br>**ORDER**<br><br>Assigned for all purposes to:<br>Hon. John W. Holcomb<br><br>Complaint Filed:  August 14, 2020<br>Removed:　　　December 30, 2020<br>Trial Date:　　　None Yet Set |

1 | Based on the stipulation of the Parties, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with good cause shown, it is hereby **ORDERED** that:

The above-captioned matter is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: January 26, 2022

Hon. John W. Holcomb
United States District Judge